**CRIMINAL CAUSE FOR BAIL REVOCATION HEARING**

**BEFORE JUDGE:** HURLEY, J.    **DATE:** OCTOBER 17, 2008    **TIME:** 11:00 - 11:20 PM
**DOCKET NUMBER:** CR-04-565        USA   V.  SAWAYA

**DEFT. NAME:** ALAN SAWAYA        **DEF. #:** 1
 X   PRESENT,      NOT   PRESENT,  X   IN CUSTODY,      ON BAIL
    **ATTY FOR DEFT.:** EDWARD JENKS
         X    PRESENT,        NOT PRESENT

 **A.U.S.A.:**  MARK LESKO
   **DEPUTY CLERK:**      TRISHA BEST
   **COURT REPORTER(S) OR ESR OPERATOR:** HARRY RAPAPORT
   **PROBATION:**

CASE CALLED FOR BAIL REVOCATION HEARING.
ON CONSENT, DEFENDANT'S BOND IS REVOKED AND A PERMANENT ORDER OF DETENTION IS ENTERED.

THE GOVERNMENT IS TO SUBMIT AN ORDER, ON NOTICE, FOR THE DEFENDANT TO BE COMMITTED FOR A PSYCHIATRIC EXAMINATION.

**CRIMINAL CAUSE FOR BAIL REVOCATION HEARING**

**BEFORE JUDGE:** HURLEY, J.   **DATE:** OCTOBER 17, 2008   **TIME:** 11:00 - 11:20 PM
**DOCKET NUMBER:** CR-04-565         USA   V.   SAWAYA

**DEFT. NAME:** ALAN SAWAYA      **DEF. #:** 1
 X   PRESENT,     NOT   PRESENT,  X   IN CUSTODY,     ON BAIL
     **ATTY FOR DEFT.:** EDWARD JENKS
           X    PRESENT,       NOT PRESENT

 **A.U.S.A.:**  MARK LESKO
    **DEPUTY CLERK:**     TRISHA BEST
    **COURT REPORTER(S) OR ESR OPERATOR:** HARRY RAPAPORT
    **PROBATION:**

CASE CALLED FOR BAIL REVOCATION HEARING.
ON CONSENT, DEFENDANT'S BOND IS REVOKED AND A PERMANENT ORDER OF DETENTION IS ENTERED.

THE GOVERNMENT IS TO SUBMIT AN ORDER, ON NOTICE, FOR THE DEFENDANT TO BE COMMITTED FOR A PSYCHIATRIC EXAMINATION.