CRIMINAL CAUSE FOR SENTENCE -

BEFORE JUDGE: HURLEY,J.-     DATE: DECEMBER 22, 2009   TIME: 3:30 - 4:15 PM
DOCKET NUMBER: CR-04-0565     CASE: USA  V.  SAWAYA

DEFT. NAME: ALAN SAWAYA          DEF. #: 1
   X  PRESENT, _NOT PRESENT, X  IN CUSTODY,_ ON  BAIL

   ATTY FOR DEFT.: EDWARD JENKS, ESQ
       X  PRESENT, _NOT PRESENT

A.U.S.A.: LARA TREINIS GATZ
COURT REPORTER(S) OR ESR OPERATOR: ELLEN COMBS

INTERPRETER:
PROBATION: JAMES FONTE
   PLEA TAKEN BY MAGISTRATE JUDGE BOYLE IS ACCEPTED.
   CASE CALLED FOR SENTENCE ON COUNTS 1 AND 2 OF THE  INFORMATION.
   DEFENDANT IS SENTENCED TO 24 MONTHS INCARCERATION ON COUNT 1 AND 6 MONTHS ON COUNT 2 , TO RUN CONSECUTIVELY FOR A TOTAL 30 MONTHS INCARCERATION.

FOLLOWED BY
3 YEARS SUPERVISED RELEASE ON COUNT 1 AND FIVE YEARS ON COUNT 2, TO RUN CONCURRENTLY WITH THE FOLLOWING SPECIAL CONDITIONS:
   - DEFENDANT WILL NOT POSSESS A FIREARM
   - DRUG TREATMENT AS DIRECTED BY PROBATION.
   -MENTAL HEALTH TREATMENT AS DIRECTED BY PROBATION.


THE COURT RECOMMENDS THE DEFENDANT BE HOUSED AT EITHER FCI BUTNER OR FCI COLEMAN AND THAT HE RECEIVE DRUG AND MENTAL HEALTH TREATMENT WHILE INCARCERATED.

   DEFENDANT REMANDED TO THE U.S. MARSHAL.

   -$ 200.00 SPECIAL ASSESSMENT SHALL BE PAID ON OR BEFORE JANUARY 15, 2010.

   RESTITUTION IN THE AMOUNT OF $4000.00 TO BE PAID AT THE RATE OF 15% OF DEFENDANT'S LEGITIMATE NET MONTHLY INCOME OVER THE PERIOD OF SUPERVISED RELEASE.

NO OPEN COUNTS
DEFENDANT ADVISED OF HIS RIGHT TO APPEAL